**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE BROWN PUBLISHING COMPANY, | : | Case No. 10-73295 (DTE) |
| | : | |
| Debtor. | : | |

-------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DAN'S PAPERS, INC., | : | Case No. 10-73291 (DTE) |
| | : | |
| Debtor. | : | |

-------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BROWN MEDIA HOLDINGS COMPANY, | : | Case No. 10-73292 (DTE) |
| | : | |
| Debtor. | : | |

-------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOULDER BUSINESS INFORMATION, INC., | : | Case No. 10-73297 (DTE) |
| | : | |
| Debtor. | : | |

-------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BROWN BUSINESS LEDGER, LLC, | : | |
| | : | Case No. 10-73298 (DTE) |
| Debtor. | : | |

-------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BROWN PUBLISHING INC., LLC, | : | Case No. 10-73299 (DTE) |
| | : | |
| Debtor. | : | |

-------------------------------------------------- X

NY-707739 v2

```
------------------------------------------------------ X
                                       :      Chapter 11
In re:                                 :
                                       :      Case No. 10-73300 (DTE)
BUSINESS PUBLICATIONS, LLC,            :
                                       :
        Debtor.                        :
                                       :
------------------------------------------------------ X
In re:                                 :      Chapter 11
                                       :
THE DELAWARE GAZETTE                   :      Case No. 10-73302 (DTE)
COMPANY,                               :
                                       :
        Debtor.                        :
------------------------------------------------------ X
In re:                                 :      Chapter 11
                                       :
SC BIZ NEWS, LLC,                      :      Case No. 10-73303 (DTE)
                                       :
        Debtor.                        :
------------------------------------------------------ X
In re:                                 :      Chapter 11
                                       :
TEXAS COMMUNITY NEWSPAPERS,            :      Case No. 10-73304 (DTE)
INC.,                                  :
                                       :
        Debtor.                        :
------------------------------------------------------ X
                                       :
In re:                                 :      Chapter 11
                                       :
TEXAS BUSINESS NEWS, LLC,              :      Case No. 10-73305 (DTE)
                                       :
        Debtor.                        :
------------------------------------------------------ X
In re:                                 :      Chapter 11
                                       :
TROY DAILY NEWS, INC.,                 :      Case No. 10-73306 (DTE)
                                       :
        Debtor.                        :
------------------------------------------------------ X
```

- 2 -

```
-------------------------------------------------   X
                                                    :      Chapter 11
In re:                                              :
                                                    :      Case No. 10-73307 (DTE)
UPSTATE BUSINESS NEWS, LLC,                          :
                                                    :
        Debtor.                                     :
                                                    :
-------------------------------------------------   X
In re:                                              :      Chapter 11
                                                    :
UTAH BUSINESS PUBLISHERS, LLC,                       :      Case No. 10-73308 (DTE)
                                                    :
        Debtor.                                     :
-------------------------------------------------   X
In re:                                              :      Chapter 11
                                                    :
ARG, LLC,                                           :      Case No. 10-73309 (DTE)
                                                    :
        Debtor.                                     :
-------------------------------------------------   X
```

### ORDER AUTHORIZING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(B)

Upon the motion (the "Motion") [1] of the above-captioned debtors and debtors in

possession (the "Debtors")[2] for entry of an order authorizing the joint administration of their

chapter 11 cases pursuant to Section 105(a) of the Bankruptcy Code and Fed. R. Bankr. P.

1015(b) for procedural purposes only, as set forth more fully in the Motion; and upon the

Declaration of Roy Brown, President and Chief Executive Officer of the Brown Publishing

Company and Brown Media Holdings Company In Support of Debtors' Chapter 11 Petitions and

First Day Pleadings, filed contemporaneously with the Motion; and the Court having jurisdiction

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Motion.

[2] The Debtors are The Brown Publishing Company, Brown Media Holdings Company, ARG, LLC,  Business Publications, LLC, Troy Daily News, Inc., The Delaware Gazette Company, Brown Publishing, Inc., LLC, Dan's Papers, Inc., Texas Community Newspapers, Inc, SC Biz News, LLC, Utah Business Publishers, LLC, Brown Business Ledger, LLC, Texas Business News, LLC, Upstate Business News, LLC, and Boulder Business Information, Inc.

to consider this Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and consideration

of the Motion and the relief requested therein being a core proceeding as defined in 28 U.S.C. §

157(b)(2); and due and proper notice having been given, and it appearing that no other or further

notice need be provided; and the Court having determined that the legal and factual bases set

forth in the Motion establish just cause for the relief granted herein; and it appearing that the

relief requested in the Motion is in the best interest of the Debtors, their estates, creditors and

equity security holders; and upon all of the proceedings had before the Court and upon due

deliberation and sufficient cause appearing therefor, it is hereby

     **ORDERED** that the Motion is GRANTED; and it is further

     **ORDERED** that the above-captioned chapter 11 cases are consolidated for procedural

purposes only and shall be jointly administered by the Court under Case No. 10-73295 (DTE)

and it is further

     **ORDERED** that nothing contained in this Order shall be interpreted as directing or

otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is

further

     **ORDERED** that the caption of the Debtors jointly administered chapter 11 cases shall

be:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:                                              :
                                                    :
THE BROWN PUBLISHING                                :
COMPANY,                                            :
DAN'S PAPERS, INC.,                                 :
BROWN MEDIA HOLDINGS                                :
COMPANY,                                            :         Chapter 11
BOULDER BUSINESS INFORMATION                        :
INC.,                                               :         Case No. 10-73295 (DTE)
BROWN BUSINESS LEDGER, LLC,                         :
BROWN PUBLISHING INC., LLC,                         :         (Jointly Administered)
BUSINESS PUBLICATIONS, LLC,                         :
THE DELAWARE GAZETTE                                :
COMPANY,                                            :
SC BIZ NEWS, LLC,                                   :
TEXAS COMMUNITY NEWSPAPERS,                         :
INC.,                                               :
TEXAS BUSINESS NEWS, LLC,                           :
TROY DAILY NEWS, INC.,                              :
UPSTATE BUSINESS NEWS, LLC,                         :
UTAH BUSINESS PUBLISHERS, LLC,                      :
ARG, LLC,                                           :
                                                    :
           Debtors.                                 :
---------------------------------------------------------X

   **ORDERED** that a docket entry shall be made in each of the Debtors' chapter 11 cases

substantially as follows:

> An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> The Brown Publishing Company, Brown Media Holdings
> Company, ARG, LLC,  Business Publications, LLC, Troy Daily
> News, Inc., The Delaware Gazette Company, Brown Publishing,
> Inc., LLC, Dan's Papers, Inc., Texas Community Newspapers, Inc,
> SC Biz News, LLC, Utah Business Publishers, LLC, Brown
> Business Ledger, LLC, Texas Business News, LLC, Upstate
> Business News, LLC, and Boulder Business Information, Inc.  The
> docket in the chapter 11 case of The Brown Publishing Company,
> Inc., Case No. 10-73295 (DTE) should be consulted for all matters
> affecting this case.

- 6 -

and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters pertaining

to the interpretation and implementation of this Order.

Dated: Central Islip, New York
        May *5*, 2010


                                        *s/ Dorothy Eisenberg*
                                        United States Bankruptcy Judge