# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 5/5/2010 |
| Case: 8−10−73295−dte | Form ID: 228 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty      Edward M Fox      edward.fox@klgates.com

                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      The Brown Publishing Company      10222 Alliance Road      Cincinnati, OH 45242
smg      United States of America      Secretary of the Treasury      15th Street &Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12201
smg      NYS Department of Taxation &Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      11601 Roosevelt Blvd.      P.O. Box 21126      Philadelphia, PA 19114
smg      NYC Department of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs − Devora Cohn      Brooklyn, NY 11201−3719
smg      Diana Adams      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437

                                                         TOTAL: 7