UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In Re:
        The Brown Publishing Company, et al,

                                        CHAPTER 11
                                        Case No: 810-73295-dte
                                        (Jointly Administered)

                         Debtors.
-------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL CONSOLIDATED
## <u>COMMITTEE OF UNSECURED CREDITORS</u>

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned procedurally consolidated debtors, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Consolidated Committee of Unsecured Creditors:

1.     GSO/Blackstone Debt Funds Management LLC
       280 Park Avenue
       11th Floor Building East
       New York, New York 10017
       Attn: James Roche

2.     R.R. Donnelley & Sons Company
       3075 Highland Pkwy
       Downers Grove, IL 60515
       Attn.: Dan Pevonka

3.     The Associated Press
       450 W. 33rd Street, 16th Fl
       New York, New York 10001
       Attn: Dave Tomlin

4.     Richard and Deborah Connor
       15 North Main Street
       Wilkes-Barre, PA 18711

5.  Panaprint, Inc.
    P.O. Box 10297
    Macon, GA 31297
    Attn.: Christian Collins

6.  J. Culley Imaging
    7520 Glenshannon Circle
    Dallas, TX 75225
    Attn.: James C. Barragan Jr.

7.  AFL Web Printing
    2 Executive Drive
    Vorhees, NJ 08043
    Attn: Carmen J. Danze

Dated: Central Islip, New York
       May 25, 2010

*/s/Christine H. Black*
Christine H. Black
Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In Re:
        The Brown Publishing Company, et al,

                                                       CHAPTER 11
                                                     Case No: 810-73295-dte
                                                     (Jointly Administered)

                              Debtors.
---------------------------------------------------------------------X

                    **CERTIFICATION OF SERVICE OF THE**
       **APPOINTMENT OF THE OFFICIAL CONSOLIDATED**
               <u>**COMMITTEE OF UNSECURED CREDITORS**</u>

        I, Deborah Scheff, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed Appointment of the Official Consolidated Committee of Unsecured Creditors to be served by regular mail upon the persons listed on the attached list by mailing the same to their last known addresses.

Dated: Central Islip, New York
       May 25, 2010

                                                     */s/Deborah Scheff*
                                                   Deborah Scheff

**MAILING LIST**

1. GSO/Blackstone Debt Funds Management LLC
   280 Park Avenue
   11th Floor Building East
   New York, New York 10017
   Attn: James Roche

2. R.R. Donnelley & Sons Company
   3075 Highland Pkwy
   Downers Grove, IL 60515
   Attn.: Dan Pevonka

3. The Associated Press
   450 W. 33rd Street, 16th Fl
   New York, New York 10001
   Attn: Dave Tomlin

4. Richard and Deborah Connor
   15 North Main Street
   Wilkes-Barre, PA 18711

5. Panaprint, Inc.
   P.O. Box 10297
   Macon, GA 31297
   Attn.: Christian Collins

6. J. Culley Imaging
   7520 Glenshannon Circle
   Dallas, TX 75225
   Attn.: James C. Barragan Jr.

7. AFL Web Printing
   2 Executive Drive
   Vorhees, NJ 08043
   Attn: Carmen J. Danze