**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
900 Third Avenue, 16th Floor
New York, New York 10022-4728
212-752-8000
212-752-8393 Facsimile
Michael D. Warner, Esq. (TX Bar No. 00792304)
Laurence May, Esq. (LM-9714)

Proposed Attorneys for the Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| THE BROWN PUBLISHING COMPANY, et al.,[1] | § § § | Case No. 10-73295 (DTE) |
| Debtors. | § § § § | (Jointly Administered) |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY**
**RULE 9010(b) AND REQUEST FOR SERVICE OF PAPERS**
**PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)**
**AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE** that, Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby requests that all notices given or required to be given in these cases and any case consolidated herewith or any resulting converted cases, and all papers served or required to be served in these cases and any case consolidated herewith, on behalf of the Official Unsecured Creditors Committee, be given to and served upon:

---

[1] The Debtors are The Brown Publishing Company, Brown Media Holdings Company, ARG, LLC, Business Publications, LLC, Troy Daily News, Inc., The Delaware Gazette Company, Brown Publishing, Inc., LLC, Dan s Papers, Inc., Texas Community Newspapers, Inc, SC Biz News, LLC, Utah Business Publishers, LLC, Brown Business Ledger, LLC, Texas Business News, LLC, Upstate Business News, LLC, and Boulder Business Information, Inc.

Michael D. Warner, Esq.
Laurence May, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, New York 10022-4728
Telephone: 212-752-8000
Facsimile: 212-752-8393
E-mail: mwarner@coleschotz.com
E-mail: lmay@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

| | |
|---|---|
| DATED: May 27, 2010 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. Proposed Attorneys for the Official Committee of Unsecured Creditors |
| | By: /s/ Laurence May<br>Laurence May, Esq. (LM-9714)<br>Michael D. Warner, Esq. (TX Bar No. 00792304)<br>900 Third Avenue, 16th Floor<br>New York, New York 10022-4728<br>212-752-8000 Telephone<br>212-752-8393  Facsimile |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers has been served upon the parties on the attached lists on this 27th day of May, 2010, by pre-paid postage U.S. First Class Mail.

/s/ Laurence May
Laurence May, Esq.