UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:
    The Brown Publishing Company, et al,

                  CHAPTER 11
                  Case No: 810-73295-dte
                  (Jointly Administered)

          Debtors.
------------------------------------------------------------------------X

# APPOINTMENT OF THE AMENDED OFFICIAL CONSOLIDATED COMMITTEE OF UNSECURED CREDITORS

    Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned procedurally consolidated debtors, being among the largest unsecured claimants and who are willing to serve, are appointed to the Amended Official Consolidated Committee of Unsecured Creditors:

1.  GSO/Blackstone Debt Funds Management LLC
  280 Park Avenue
  11th Floor Building East
  New York, New York 10017
  Attn: James Roche

2.  R.R. Donnelley & Sons Company
  3075 Highland Pkwy
  Downers Grove, IL 60515
  Attn.: Dan Pevonka

3.  DDP Mailing
  320 London Road, #501
  Delaware, OH 43015
  Attn.: Larry Garrett

4.  Richard and Deborah Connor
  15 North Main Street
  Wilkes-Barre, PA 18711

5.      Panaprint, Inc.
         P.O. Box 10297
         Macon, GA 31297
         Attn.: Christian Collins

6.      J. Culley Imaging
         7520 Glenshannon Circle
         Dallas, TX 75225
         Attn.: James C. Barragan Jr.

7.      AFL Web Printing
         2 Executive Drive
         Vorhees, NJ 08043
         Attn: Carmen J. Danze

Dated: Central Islip, New York
        June 11, 2010

                                    */s/Christine H. Black*
                                    Christine H. Black
                                    Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In Re:
        The Brown Publishing Company, et al,

                                          CHAPTER 11
                                          Case No: 810-73295-dte
                                          (Jointly Administered)


                        Debtors.
-----------------------------------------------------------------------X

## CERTIFICATION OF SERVICE OF THE
## APPOINTMENT OF THE AMENDED OFFICIAL CONSOLIDATED
## <u>COMMITTEE OF UNSECURED CREDITORS</u>


       I, Deborah Scheff, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed Appointment of the Amended Official Consolidated Committee of Unsecured Creditors to be served by regular mail upon the persons listed on the attached list by mailing the same to their last known addresses.




Dated: Central Islip, New York
       June 11, 2010



                                                  */s/Deborah Scheff*
                                                  Deborah Scheff

## MAILING LIST

GSO/Blackstone Debt Funds Management LLC
280 Park Avenue
11th Floor Building East
New York, New York 10017
Attn: James Roche

R.R. Donnelley & Sons Company
3075 Highland Pkwy
Downers Grove, IL 60515
Attn.: Dan Pevonka

DDP Mailing
320 London Road, #501
Delaware, OH 43015
Attn.: Larry Garrett

Richard and Deborah Connor
15 North Main Street
Wilkes-Barre, PA 18711

Panaprint, Inc.
P.O. Box 10297
Macon, GA 31297
Attn.: Christian Collins

J. Culley Imaging
7520 Glenshannon Circle
Dallas, TX 75225
Attn.: James C. Barragan Jr.

AFL Web Printing
2 Executive Drive
Vorhees, NJ 08043
Attn: Carmen J. Danze

The Associated Press
450 W. 33rd Street, 16th Fl
New York, New York 10001
Attn: Dave Tomlin

DLA Piper LLP (US)
Attorneys for The Associated Press
1251 Avenue of the Americas
New York, New York 10020-1104
Attn.: Timothy W. Walsh, Esq.