Edward M. Fox
Eric T. Moser
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Counsel for Debtors,
The Brown Publishing Company, *et al.*

Hearing Date: July 22, 2010 at 2:00 p.m. (EDT)
Objection Deadline: July 20, 2010 at 5:00 p.m. (EDT)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THE BROWN PUBLISHING COMPANY, | : | Chapter 11 |
| DAN'S PAPERS, INC., | : | Case No. 10-73295 (DTE) |
| BROWN MEDIA HOLDINGS COMPANY, | : | (Jointly Administered) |
| BOULDER BUSINESS INFORMATION INC., | : | |
| BROWN BUSINESS LEDGER, LLC, | : | |
| BROWN PUBLISHING INC., LLC, | : | |
| BUSINESS PUBLICATIONS, LLC, | : | |
| THE DELAWARE GAZETTE COMPANY, | : | |
| SC BIZ NEWS, LLC, | : | |
| TEXAS COMMUNITY NEWSPAPERS, INC., | : | |
| TEXAS BUSINESS NEWS, LLC, | : | |
| TROY DAILY NEWS, INC., | : | |
| UPSTATE BUSINESS NEWS, LLC, | : | |
| UTAH BUSINESS PUBLISHERS, LLC, | : | |
| ARG, LLC, | : | |
| Debtors. | : | |

-------------------------------------------------------X

## NOTICE OF SUCCESSFUL BIDDERS AT AUCTION

PLEASE TAKE NOTICE THAT:

    1.    On April 30, 2010 and May 1, 2010 (collectively, the "Petition Date"), the Brown Publishing Company ("BPC"), Brown Media Holdings Company ("BMH") and their respective

debtor subsidiaries (collectively with BPC and BMH, the "Debtors"), filed voluntary petitions for relief under title 11, chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2. On June 28, 2010, the United States Bankruptcy Court for Eastern District of New York (the "Court")[1] entered an Order Granting Motion (I) Approving Procedures for Sale of the Debtors Assets; (II) Authorizing the Debtors to Grant Certain Bid Protections; (III) Scheduling a Hearing to Consider the Sale of Substantially All of the Debtors Assets; and (IV) Approving the Form and Manner of Notices Related Thereto (the "Sales Procedures Order") (Docket No. 180).

3. In accordance with the Sale Procedures Order, on July 19, 2010, the Debtors held an auction sale with respect to the Debtors' assets at the offices of K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022 and, at the conclusion of the auction on July 20, 2010, tentatively determined to accept, subject to the Court's approval, the following two bids, which collectively encompass substantially all of the Debtors' assets:

(a) A bid from The Delphos Herald, Inc. ("Delphos Herald") for certain assets located in Van Wert (OH), Ada (OH), and Putnam (OH), all as more fully described in the asset purchase agreement entered into between the Debtors and Delphos Herald (the "Delphos APA"), a copy of which is annexed hereto as **Exhibit A**. A copy of the proposed form of Sale Order with respect to the Delphos APA is annexed hereto as **Exhibit B**.

(b) A bid from Brown Media Corporation ("BMC") for substantially all of the Debtors' remaining assets, other than those covered by the Delphos APA, all as more fully described in the asset purchase agreement entered into between the Debtors and BMC (the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Sale Motion.

"BMC APA"), a copy of which is annexed hereto as **Exhibit C**. A copy of the proposed form of Sale Order with respect to the BMC APA is annexed hereto as **Exhibit D**.

4. In accordance with the Sale Procedures Order, a hearing to consider approval of the sales to Delphos Herald and BMC will be held before the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge for the Eastern District of New York, in Courtroom 760, at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York on **July 22, 2010 at 2:00 p.m. EDT**.

Dated: New York, New York
       July 22, 2010

                              K&L GATES LLP

                              By: /s/ *Edward M. Fox*
                                  Edward M. Fox
                                  A Member of the Firm
                             Counsel for Debtors,
                             The Brown Publishing Company *et al.*
                             599 Lexington Avenue
                             New York, New York 10022
                             (212) 536-3900