Edward M. Fox
Eric T. Moser
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Counsel for Debtors,
The Brown Publishing Company, *et al.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

| | |
|---|---|
| In re: : | |
| : | |
| THE BROWN PUBLISHING : | Chapter 11 |
| COMPANY, : | |
| DPI LIQUIDATION INC., : | Case No. 10-73295 (DTE) |
| BROWN MEDIA HOLDINGS : | |
| COMPANY, : | (Jointly Administered) |
| BOULDER BUSINESS INFORMATION : | |
| INC., : | |
| BROWN BUSINESS LEDGER, LLC, : | |
| BROWN PUBLISHING INC., LLC, : | |
| BUSINESS PUBLICATIONS, LLC, : | |
| THE DELAWARE GAZETTE : | |
| COMPANY, : | |
| SC BIZ NEWS, LLC, : | |
| TEXAS COMMUNITY NEWSPAPERS, : | |
| INC., : | |
| TEXAS BUSINESS NEWS, LLC, : | |
| TROY DAILY NEWS, INC., : | |
| UPSTATE BUSINESS NEWS, LLC, : | |
| UTAH BUSINESS PUBLISHERS, LLC, : | |
| ARG, LLC, : | |
|         Debtors. : | |

---------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that a hearing to consider the following matters, which was previously scheduled to be held before the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, NY 11722 on February

24, 2011 at 11:00 a.m. Eastern Time, has been adjourned until **April 5, 2011 at 11:00 a.m.**

**Eastern Time:**

- (a) approval of the Disclosure Statement in Support of Joint Chapter 11 Plan of Liquidation of The Brown Publishing Company, Brown Media Holdings Company, and Their Respective Debtor Affiliates and Subsidiaries (Docket No. 564);

- (b) Debtors' Motion for an Order (I) Approving the Disclosure Statement, (II) Scheduling Confirmation Hearing, (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Joint Chapter 11 Plan Of Liquidation, (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, and (V) Approving Related Notice Procedures (Docket No. 565);

- (c) a pre-trial conference in the matter of The Official Committee of Unsecured Creditors of Brown Publishing Co., et al. v. PNC Bank, N.A., et al., Adv. No. 10-8300 (DTE);

- (d) the applications for interim allowance of compensation and reimbursement of expenses filed by Argus Management Corporation (Docket No. 620), CBIZ MHM LLC (Docket No. 618), Cole, Schotz, Meisel, Forman & Leonard, P.A. (Docket No. 619), K&L Gates LLP (Docket No. 621) and Mesirow Financial Consulting, LLC (Docket No. 617); and

- (e) Debtors' Motion for an Order Pursuant to 11 U.S.C. § 362(a) to Enforce the Automatic Stay (Docket No. 364).

Dated: New York, New York
February 22, 2011

      K&L GATES LLP

      By: */s/ Edward M. Fox*
         Edward M. Fox
         A Member of the Firm
      Counsel for Debtors,
      The Brown Publishing Company *et al.*
      599 Lexington Avenue
      New York, New York 10022
      (212) 536-3900